PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCISCO GALLEGOS-FELIX,<br>JESUS ORNALESSANCHEZ,<br>JOSE ALFREDO MONTANO LOPEZ, and<br>JESUS MIGUEL DURAN ESPINOZA,<br><br>DEFENDANTS | CASE NO. 1:20-CR-00222-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>CURRENT DATE: August 10, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on August 10, 2022.

2. By this stipulation, defendants now move to continue the status conference until November 9, 2022, and to exclude time between August 10, 2022, and November 9, 2022, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. If defendants ultimately do not enter guilty pleas and decide to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

    a) The government asserts the discovery associated with this case includes reports, photographs, and numerous recordings; discovery has been provided to all counsel. The government has made plea offers to each defendant via counsel.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    b)  Counsel for all defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

    c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2022 to November 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Counsel for defendant ORNALES SANCHEZ and the government agree that for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2022, to November 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3) because his whereabouts are unknown and his whereabouts cannot be determined by due diligence.  On December 2, 2020, defendant ORNALES SANCHEZ was ordered released on a $10,000 bond, with a third-party custodian and various conditions.  Dkt. 42.  On August 1, 2022, Pretrial Services filed a petition alleging that the defendant violated his pretrial release conditions regarding location monitoring and curfew on July 31, 2022.  Dkt. 78.  The petition alleges that defendant ORNALES SANCHEZ's supervising Pretrial Services Officer in the Central District of California has been unable to reach him since July 31, 2022, all attempts to contact and locate the defendant by the Central District of California have been unsuccessful, and his

current whereabouts are unknown. *Id*. Defendant ORNALES SANCHEZ's counsel has not had contact with his client since sometime last week (prior to his alleged violation of his pretrial release conditions). The parties agree and ask the Court to find that defendant be considered unavailable because his whereabouts are unknown and his whereabouts cannot be determined by due diligence.

5. Except with regard to Mr. ORNALES SANCHEZ, the parties anticipate that they will be ready to schedule a trial date on or before the next scheduled status conference date.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 3, 2022                          PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ JESSICA A. MASSEY
                                               JESSICA A. MASSEY
                                               Assistant United States Attorney

Dated:  August 3, 2022                         /s/ ERIC SCHWEITZER
                                               ERIC SCHWEITZER
                                               Counsel for Defendant
                                               MANUEL FRANCISCO
                                               GALLEGOS-FELIX

Dated:  August 3, 2022                         /s/ MARK COLEMAN
                                               MARK COLEMAN
                                               Counsel for Defendant
                                               JESUS ORNALESSANCHEZ

Dated:  August 3, 2022                         /s/ MELISSA BALOIAN
                                               MELISSA BALOIAN
                                               Counsel for Defendant
                                               JOSE ALFREDO MONTANO LOPEZ

Dated:  August 3, 2022                         /s/ MICHAEL AED
                                               MICHAEL AED
                                               Counsel for Defendant
                                               JESUS MIGUEL DURAN ESPINOZA

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 10, 2022, to **November 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 4, 2022**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE