PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00222-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS DATE, SET TRIAL DATE, AND EXCLUDE TIME; ORDER |
| v. | CURRENT DATE: January 25, 2023 |
| MANUEL FRANCISCO GALLEGOS-FELIX, JOSE ALFREDO MONTANO LOPEZ, and JESUS MIGUEL DURAN ESPINOZA, | TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| DEFENDANTS | |

**STIPULATION**

1. By previous order, this matter was set for status on January 25, 2023.

2. The parties hereby request that the Court vacate the current status date as to the above-listed defendants[1], set the matter for trial on November 14, 2023, and to exclude time between January 25, 2023, and November 14, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. If defendants ultimately do not enter guilty pleas and decide to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

    a) The government asserts the discovery associated with this case includes reports, photographs, and numerous recordings; discovery has been provided to all counsel. The

---

[1] Defendant Jesus Ornales Sanchez absconded and his matter was ordered off calendar. Doc. 85.

STIPULATION TO VACATE STATUS DATE, SET MATTER
FOR TRIAL, AND EXCLUDE TIME

1

government has made plea offers to each defendant via counsel.  The parties are in ongoing plea negotiations.

        b)        Counsel for all defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2023 to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 23, 2023        PHILLIP A. TALBERT
        United States Attorney

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

Dated:  January 23, 2023                    /s/ ERIC SCHWEITZER
                                            ERIC SCHWEITZER
                                            Counsel for Defendant
                                            MANUEL FRANCISCO
                                            GALLEGOS-FELIX

Dated:  January 23, 2023                    /s/ MELISSA BALOIAN
                                            MELISSA BALOIAN
                                            Counsel for Defendant
                                            JOSE ALFREDO MONTANO LOPEZ

Dated:  January 23, 2023                    /s/ MICHAEL AED
                                            MICHAEL AED
                                            Counsel for Defendant
                                            JESUS MIGUEL DURAN ESPINOZA

## ORDER

IT IS SO ORDERED that the status conference set for January 25, 2023, is vacated. A jury trial is set for **November 14, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **3-4 days**. A trial confirmation is set for **October 30, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 24, 2023**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION TO VACATE STATUS DATE, SET MATTER FOR TRIAL, AND EXCLUDE TIME

3