PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCISCO GALLEGOS-FELIX,<br><br>Defendant. | CASE NO. 1:20-CR-00222-ADA-BAM<br><br>STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA; ORDER<br><br>CURRENT DATE: November 14, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

1. By previous order, this matter was set for trial on November 14, 2023.

2. On April 26, 2023, the parties filed a signed plea agreement for defendant Manuel Francisco Gallegos-Felix. ECF 91.

3. The parties hereby request that the Court vacate the current trial confirmation and trial date as to defendant Manuel Francisco Gallegos-Felix and set the matter for change of plea on May 8, 2023. Because time was previously excluded through the November 14, 2023, trial date, no further time exclusion is required.

IT IS SO STIPULATED.

STIPULATION TO VACATE TRIAL DATE AND SET
CHANGE OF PLEA

1

| | |
|---|---|
| Dated: May 2, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JESSICA A. MASSEY<br>JESSICA A. MASSEY<br>Assistant United States Attorney |
| Dated: May 2, 2023 | /s/ ERIC SCHWEITZER<br>ERIC SCHWEITZER<br>Counsel for Defendant<br>MANUEL FRANCISCO<br>GALLEGOS-FELIX |

IT IS SO ORDERED.

Dated:   May 2, 2023

_____
UNITED STATES DISTRICT JUDGE