PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00222-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| MANUEL FRANCISCO GALLEGOS-FELIX | DATE: August 28, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing before the Honorable Ana de Alba on August 28, 2023 at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing to November 6, 2023 at 10:00 a.m.

3. The parties received and reviewed the draft Presentence Investigation Report and need additional time to investigate and discuss various matters in the report.

4. Counsel for the government does not object to the continuance.

IT IS SO STIPULATED.

1

Dated: August 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: August 17, 2023

/s/ Eric Schweitzer
Eric Schweitzer
Counsel for Defendant
MANUEL FRANCISCO
GALLEGOS-FELIX

IT IS SO ORDERED.

Dated:   August 18, 2023

UNITED STATES DISTRICT JUDGE

2