ERIC H. SCHWEITZER #179776
SCHWEITZER & DAVIDIAN
620 DeWitt Avenue, Suite 102
Clovis, CA  93612
Telephone: (559) 322-1500
Facsimile: (559) 322-1551

Attorneys for Defendant, MANUEL FRANCISCO GALLEGOS-FELIX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MANUEL FRANCISCO GALLEGOS-FELIX,<br><br>             Defendant. | No.  1:20-cr-00222-ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; AND ORDER**<br><br>DATE:  November 6, 2023<br>TIME:   10:00 a.m.<br>PLACE: Courtroom 4<br>              Honorable Ana de Alba |

**STIPULATION**

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Sentencing Hearing before the Honorable Ana de Alba on November 6, 2023.

2. By this Stipulation, the parties now move to continue the sentencing to December 11, 2023, at 10:00 a.m.

3. Defense counsel received and reviewed the draft Presentence Investigation Report and needs additional time to investigate and discuss the complex and various issues in the report.

**1**

4. Counsel for the Government does not object to the continuance.

**IT IS SO STIPULATED.**

Dated:  October 18, 2023.        PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ KIMBERLY A. SANCHEZ
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney

Dated:  October 18, 2023.        SCHWEITZER & DAVIDIAN, P.C.


                                 /s/ ERIC H. SCHWEITZER
                                 ERIC H. SCHWEITZER
                                 Attorney for Defendant,
                                 MANUEL FRANCISCO GALLEGOS-FELIX


**IT IS SO ORDERED.**

   **Dated:     October 20, 2023**          _____
                                            **UNITED STATES DISTRICT JUDGE**

**2**