PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL FRANCISCO GALLEGOS-FELIX <br><br> Defendant. | CASE NO. 1:20-CR-00222-NODJ-BAM <br><br> STIPULATION TO CONTINUE SENTENCING; ORDER <br><br> DATE: December 11, 2023 <br> TIME: 11:00 a.m. <br> COURT: Hon. Charles Breyer |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing on December 11, 2023 at 11:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing to January 8, 2024 at 11:00 a.m.

3. AUSA Sanchez has jury duty scheduled for Fresno County Superior Court for December 11, 2023 (Badge Number 19542712). The parties consulted on a mutually agreeable and available date, and agree on January 8, 2024.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| Dated: December 6, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated: December 6, 2023 | /s/ Eric Schweitzer<br>Eric Schweitzer<br>Counsel for Defendant<br>MANUEL FRANCISCO<br>GALLEGOS-FELIX |

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from December 11, 2023, to **January 8, 2024, at 8:30 a.m. in Courtroom 5 before the District Judge**.

IT IS SO ORDERED.

Dated: **December 6, 2023**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2