PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCISCO GALLEGOS-FELIX<br><br>Defendant. | CASE NO. 1:20-CR-00222-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: January 8, 2024<br>TIME: 11:00 a.m.<br>COURT: Hon. Charles Breyer |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing on January 8, 2024 at 11:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing to March 11, 2024 at 11:00 a.m.

3. The parties are engaging in discussion and further investigation regarding additional investigation that could affect sentencing. In part, because this case was reassigned after the original AUSA departed the office in mid-2023, there are some renewed discussions regarding sentencing considerations.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: January 4, 2024                          PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ KIMBERLY A. SANCHEZ
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney


Dated: January 4, 2024                          /s/ Eric Schweitzer
                                                Eric Schweitzer
                                                Counsel for Defendant
                                                MANUEL FRANCISCO
                                                GALLEGOS-FELIX


## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from January 8, 2024, to **March 11, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 4, 2024**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                  2
PERIODS UNDER SPEEDY TRIAL ACT